Maura Walsh Ochoa (SBN 193799)
mochoa@ghlaw-llp.com
Todd C. Harshman (SBN 240942)
tharshman@ghlaw-llp.com
GROTEFELD HOFFMANN
655 Montgomery Street, Suite 1220
San Francisco, California 94111
Telephone: 415.344.9670
Facsimile: 415.989.2802

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SMC MARKETING CORPORATION; SHELL ELECTRIC MFG. CO. LTD.; GD MIDEA ENVIRONMENT APPLIANCES MFG. CO., LTD.; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: 14-cv-02081-VC <br><br> [PROPOSED] ORDER RE: PLAINTIFF LEXINGTON INSURANCE COMPANY'S APPLICATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES |

Upon application by Plaintiff Lexington due to the length of time necessary to serve the Chinese Defendants pursuant to the Hague Convention, it is hereby

ORDERED that the Initial Case Management Conference is continued from January 20, 2015 until __July 21, 2015__. The other deadlines in this Court's Order Setting Initial Case Management Conference and ADR Deadlines of May 7, 2014 are continued accordingly.

Dated __January 16__, 2015

IT IS SO ORDERED

Judge Vince Chhabria

[PROPOSED] ORDER RE: PLAINTIFF LEXINGTON INSURANCE COMPANY'S APPLICATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE