Maura Walsh Ochoa (SBN 193799)
mochoa@ghlaw-llp.com
Todd C. Harshman (SBN 240942)
tharshman@ghlaw-llp.com
GROTEFELD HOFFMANN
655 Montgomery Street, Suite 1220
San Francisco, California 94111
Telephone: 415.344.9670
Facsimile: 415.989.2802

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>SMC MARKETING CORPORATION; SHELL ELECTRIC MFG. CO. LTD.; GD MIDEA ENVIRONMENT APPLIANCES MFG. CO., LTD.; and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No.: 14-cv-02081-VC<br><br>[PROPOSED] ORDER RE: PLAINTIFF LEXINGTON INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT |

For the reasons set forth in Plaintiff Lexington's motion, it is hereby

ORDERED that Lexington is granted leave to file its First Amended Complaint, and that the First Amended Complaint submitted with its motion is deemed filed as of the date of this Order.

Dated __April 27__, 2015

_____
IT IS SO ORDERED
Judge Vince Chhabria