1                     [SECOND PROPOSED] CASE MANAGEMENT ORDER

3     The Initial Case Management Conference is continued from July 21, 2015 until

5   ☐     November 3, 2015, with the parties' joint Rule 26(f) report due October 27, 2015;

6         or

8   ☐     _____, with the parties' joint Rule 26(f) report due

9         _____.

12 IT IS SO ORDERED.

13 Dated: July 20, 2015

14                       UNITED STATES MAGISTRATE

**DENIED**
Judge Vince Chhabria

19 The request to continue the case management conference is denied. The parties are required to

20 appear in person at the case management conference scheduled for July 21, 2015.