UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMC MARKETING CORPORATION, et al.,<br><br>　　　　　Defendant. | Case No. 14-cv-02081-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the Joint Case Management Conference Statement filed on April 26, 2016 that the parties have resolved this case. (Re: Dkt. No. 66).  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

The parties retain the right to reopen this action within 90 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____
VINCE CHHABRIA
United States District Judge